UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00104-FDW

| | |
|---|---|
| BRIAN BURTON, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,[1] | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff Brian Burton's Motion for Leave to Appear *Pro Hac Vice* as to David Goetz, (Doc. No. 7). For good cause shown, the Motion is GRANTED.

IT IS SO ORDERED.

Signed: June 15, 2022

Frank D. Whitney
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).